No. 99–9979. WILLIAMS v. EPPS. C. A. 6th Cir. Certiorari denied.

No. 99–9980. VARGAS v. SIKES ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9981. SORTO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–9982. PAPPAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9983. R. M. C. v. GEORGIA BOARD TO DETERMINE FITNESS OF BAR APPLICANTS. Sup. Ct. Ga. Certiorari denied.

No. 99–9984. ROBLES-MENDIOLA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–9985. SANDERS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–9986. SALAZAR v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9987. HOLLIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–9988. IBN-SADIIKA v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 99–9989. MCCLAIN v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–9991. WETCHIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–9992. SMITH v. DEPARTMENT OF DEFENSE. C. A. Fed. Cir. Certiorari denied.

No. 99–9993. LEON v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 99–9994. QUIROZ ARVISO v. KRAMER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.